UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S. and R.S. individually, and on behalf of John S., a minor,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION and THE NEW YORK STATE EDUCATION DEPARTMENT,<br><br>　　　　　　　Defendants. | **PLAINTIFFS' NOTICE OF MOTION TO AMEND COMPLAINT**<br><br>ECF<br><br>Case No.: 15 CV0355 (AT)<br><br>Hon. Analisa Torres |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lawrence Weinberg, dated May 14, 2015 at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be set by the Court, Plaintiffs will move this court for an order granting leave to amend their complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure on the grounds that justice so requires.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　LAWRENCE D. WEINBERG (LW7841)
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

　　　　　　　　　　　　　　　　　162 Williamson Ave.
　　　　　　　　　　　　　　　　　Bloomfield, NJ 07003
　　　　　　　　　　　　　　　　　973-748-3761
　　　　　　　　　　　　　　　　　Fax: 718-228-5935

　　　　　　　　　　　　　　　　　c/o Susan Luger Associates, Inc.
　　　　　　　　　　　　　　　　　Special Education Advocates

1

155 West 72nd Street  
Suite 201  
New York, NY 10023  
212-769-4644  
Fax: 212-501-8090  

lawrenceweinberg@gmail.com  

May 14, 2015

To: Justin Killian, Esq.
 The City of New York Law Department
 100 Church St.
 New York, New York, 10007
 killian.justin@gmail.com
 Attorneys for Defendant New York City Department of Education

 Clement John Colucci, III
 State of New York, Office of the Attorney General,
 120 Broadway
 New York City, NY, 10271
 Clement.Colucci@ag.ny.gov
 Attorneys for Defendant New York State Education Department

CERTIFICATION OF SERVICE

I, Lawrence D. Weinberg, **declare under penalty of perjury** that I have served a copy of the attached Plaintiffs' Notice of to Amend Complaint, dated May 14, 2015 and Declaration of Lawrence Weinberg, dated, May 14, 2015, upon defendant New York City Department of Education's attorney, Justin Killian, Esq., whose address is The City of New York Law Department, 100 Church St., New York, New York, 10007 by filing such documents via electronic filing to the Southern District of New York CM/ECF system, which will send notification to the above and by emailing said documents to and The New York State Education Department's attorney, Clement John Colucci, III, State of New York, Office of the Attorney General, 120 Broadway, New York City, NY, 10271 by emailing such documents to him at Clement.Colucci@ag.ny.gov an email address at which he used when he previously entered his appearance in this matter.

        Respectfully submitted,


        _____/s_____
        LAWRENCE D. WEINBERG (LW7841)
        162 Williamson Ave.
        Bloomfield, NJ 07003
        973-748-3761
        Fax: 718-228-5935

        c/o Susan Luger Associates, Inc.
        Special Education Advocates
        155 West 72nd Street
        Suite 201
        New York, NY 10023
        212-769-4644

        lawrenceweinberg@gmail.com

        Date: May 14, 2015