UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

J.S. and R.S., individually, and on behalf of J.S., a minor,

                                          Plaintiffs,

-against-

New York City Department of Education,

                                          Defendant.

------------------------------------------------------------------- x

**ORDER**

15 Civ. 00355 (AT)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/16

      IT IS HEREBY ORDERED that the Office of State Review of the New York State Education Department shall mail a certified copy of the administrative record in Office of State Review Appeal No. 14-090 to counsel for Defendant, Zachary W. Carter, Corporation Counsel of the City of New York, 100 Church Street, Rm. 2-119, New York, NY 10007, Attn: Son K. Le, Esq.; and

      IT IS FURTHER ORDERED that upon receipt of the certified record from the Office of State Review, Defendant's counsel shall provide a copy of such record to counsel for the Plaintiffs, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

      SO ORDERED.

DATED:    New York, New York
              February 8, 2016

_____
ANALISA TORRES
United States District Judge