UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S. and R.S. individually, and on behalf of John S., a minor,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant | **PLAINTIFFS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>ECF<br><br>Case No.: 15 CV 0355<br><br>Hon. Analisa Torres |

**PLEASE TAKE NOTICE** that upon the annexed Plaintiffs' Memorandum of Law in Support of Summary Judgment, dated May 27, 2016, and Declaration of Lawrence Weinberg, dated May 27, 2016, Declaration of Nicole Robinson, dated May 25, 2016, and Declaration of Denise Lorelli, dated May 21, 2016 at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be set by the Court, Plaintiffs will move this court for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that they were denied due process by the Impartial Hearing Officer and State Review Officer, reversing the September 26, 2014 decision by the State Review Officer, and remanding to a new impartial hearing officer to conduct a new impartial hearing to address whether John was provided with a free appropriate public education during the 2013-2014 school year, whether the Seton Foundation for Learning was appropriate for the child, and whether equities favored reimbursement, and granting said plaintiffs such other and further relief as the Court may deem just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that upon the annexed documents enumerated above at such place and time enumerated above that Plaintiffs will oppose Defendant's Motion for Summary Judgment.

                Respectfully submitted,

                _____/s_____
                LAWRENCE D. WEINBERG (LW7841)
                Attorney for Plaintiffs

                162 Williamson Ave.
                Bloomfield, NJ 07003
                973-748-3761
                Fax: 718-228-5935

                c/o Susan Luger Associates, Inc.
                Special Education Advocates
                155 West 72nd Street
                Suite 201
                New York, NY 10023
                212-769-4644
                Fax: 212-501-8090

                lawrenceweinberg@gmail.com

                May 27, 2016

To: Son Le, Esq.
    The City of New York Law Department
    100 Church St.
    New York, New York, 10007
    Attorneys for Defendant

## CERTIFICATION OF SERVICE

I, Lawrence D. Weinberg, **declare under penalty of perjury** that I have served a copy of the attached Plaintiffs' Notice of Cross-Motion For Summary Judgment And Opposition To Defendant's Motion For Summary Judgment, dated May 27, 2016, Plaintiffs' Memorandum of Law in Support of Cross-Motion for Summary Judgment, dated May 27, 2016, Declaration of Lawrence Weinberg, dated May 27, 2016, Declaration of Nicole Robinson, dated May 25, 2016, and Declaration of Denise Lorelli, dated May 21, 2016, upon defendant's attorney, Son Le, Esq., whose address is The City of New York Law Department, 100 Church St., New York, New York, 10007 by filing such documents via electronic filing to the Southern District of New York CM/ECF system, which will send notification to the above.

Respectfully submitted,

/s
LAWRENCE D. WEINBERG (LW7841)
162 Williamson Ave.
Bloomfield, NJ 07003
973-748-3761
Fax: 718-228-5935

c/o Susan Luger Associates, Inc.
Special Education Advocates
155 West 72nd Street
Suite 201
New York, NY 10023
212-769-4644

lawrenceweinberg@gmail.com

Date: May 27, 2016