# EXHIBIT "J"

From: Louis Chi <louis@slugerassociates.com>
To: Adriane Gavronsky <adrianega@aol.com>
Subject: Fw: REQUEST FOR ADJOURNMENT. CASE # 146079, SCHWALL, JOHN
Date: Tue, Mar 25, 2014 2:45 pm

**louis chi** | impartial hearing manager
**susan luger associates, inc.**
155 w. 72nd St. ste 201
new york, ny 10023
212.769.4644 (T)
212.501.8090 (F)

----- Forwarded Message -----
From: "IHOSystem@schools.nyc.gov" <IHOSystem@schools.nyc.gov>
To: "susan@slugerassociates.com" <susan@slugerassociates.com>; "SLAHearingGroup@yahoogroups.com" <SLAHearingGroup@yahoogroups.com>; "Louis@slugerassociates.com" <Louis@slugerassociates.com>
Sent: Tuesday, March 25, 2014 9:58 AM
Subject: REQUEST FOR ADJOURNMENT. CASE # 146079, ▮▮▮▮▮ JOHN

The New York City Department of Education
Impartial Hearing Office
131 Livingston Street - Room 201
Brooklyn, New York 11201

Please note the following regarding the above referenced case:

ADJOURNMENT REQUESTED BY: Parent/Guardian
REASON: Witness availablity and parent atty's availablity due to surgery
SCHEDULED HEARING DATE: Friday, April 11, 2014

You will be notified by telephone and email when the hearing officer informs this office whether the request for an adjournment has been granted or denied.

Attorney/Advocate Contact:
Susan Luger
Susan Luger Associates, Inc.
155 West 72nd Street
Suite 201
New York, NY 10023
Telephone: (212) 769-4644
Email: susan@slugerassociates.com;SLAHearingGroup@yahoogroups.com;Louis@slugerassociates.com

Parent/Guardian Contact:
ROSALIE ▮▮▮▮▮, MOTHER

Telephone(home): (718) ▮▮▮▮
Telephone(business): (111) 111-1111

2-1

Telephone(mobile): (917) 603-9200

Department of Education Representative:
Office: Committee on Special Education 07
District: 31
Contact: Robert Meagher
Telephone: (718) 759-4884
Email: rmeaghe@schools.nyc.gov

If you have any questions, please contact the Impartial Hearing Office:
Case Manager: Erica Wellington
Telephone: (718) 935-5558
Email: EWellington@schools.nyc.gov

Thank you.