UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

J.S. and R.S., individually and on behalf of John S.,

                                  *Plaintiffs*,

v.

The New York City Department of Education,

                                  *Defendant.*

------------------------------------------------------------------- x

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

15 CV 0355 (AT)

      **PLEASE TAKE NOTICE** that upon Defendant's Memorandum of Law in Support of its Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, dated May 27, 2016; the underlying sealed administrative record; and all prior pleadings and proceedings; the defendant in this action, the New York City Department of Education, by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, will move this Court, at the United States District Court, 500 Pearl Street, New York, New York, at a time to be determined, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure (i) granting Defendant's Cross-Motion for Summary Judgment, (ii) denying Plaintiffs' Motion for Summary Judgment, (iii) dismissing Plaintiffs' Complaint in its entirety, and (iv) granting such other and further relief as the Court deems just and proper. This Opposition and Cross Motion is filed pursuant to an Order of this Court dated February 8, 2016.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated February 8, 2016, Plaintiffs' opposition and reply, if any, is due on **July 22, 2016**, and Defendant's reply, if any, is due on **August 19, 2016**.

Dated: New York, New York
June 24, 2016

                      ZACHARY W. CARTER
                      Corporation Counsel of the
                        City of New York
                      Attorney for Defendant
                      100 Church Street
                      New York, New York 10007
                      (212) 356-5048
                      sle@law.nyc.gov


By:   /s/_____
      Son K. Le
      Special Assistant Corporation Counsel